IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLEVELAND LEE, SR.,

    Plaintiff,

v.

JOHN BARRETT, CAROL B.,
and BONNIE JORSTAD,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-148-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____       _____
Peter Oppeneer, Clerk of Court                    4/30/10
                                                           Date